## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

NEXomni, LLC,                            *

        Plaintiff,                *

      v.                            *        Civil Action No. AW-04-728

DIGITAL MEDIA GROUP, INC., *et al.*,     *

        Defendants.               *
                                  * * * * *

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, dated February 25, 2005, IT

IS this  25th  of February, 2005, in the United States District Court for the District of Maryland

**ORDERED:**

    1.      That Plaintiff's Motion to Stay Proceedings [12] BE, and hereby IS, **GRANTED**;

    2.      That Digital Media Group Inc.'s Motion for Judgment on the Pleadings [16] BE, and

          hereby IS, **DENIED** *as moot*, without prejudice to Digital Media Group Inc.

          reasserting this motion at a later date;

    3.      That this case BE, and hereby IS, **STAYED** pending a decision by the United States

          Patent and Trade Office as to Plaintiff's Request for Ex Parte Reexamination;

    4.      That the Clerk of the Court **ADMINISTRATIVELY CLOSE** this case; AND

    5.      That the Clerk of the Court transmit a copy of this Order to all counsel and parties of

          record.

                          _____/s/_____
                          Alexander Williams, Jr.
                          United States District Judge